UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  CASE: A17-69669-SMS

SHERRY NICOLE HARRIS  CHAPTER 13

**Debtor**

## NOTICE OF INTENT TO PAY LATE-FILED CLAIM

Comes now, Mary Ida Townson, Chapter 13 Trustee, in the above styled case and files herewith her **NOTICE OF INTENT TO PAY LATE-FILED CLAIM**. The following proof of claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 case.

| Court Claim # | Name and Payment Address of Creditor | Claim Amount |
|---|---|---|
| 14 | NAVIENT PC TRUST<br>NAVIENT SOLUTIONS, INC<br>P.O. BOX 9000<br>WILKES-BARRE, PA  18773-9000 | $17,272.18 |

**Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an objection to claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice. The allowance of this claim does not affect the right of the Debtor or Debtor's attorney to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Dated: September 18, 2018  Respectfully submitted,

_/s/_____
Mary Ida Townson, Attorney
Standing Chapter 13 Trustee
GA Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303
(404) 525-1110
maryidat@atlch13tt.com

1

A17-69669-SMS

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the following with a copy of the foregoing pleading by depositing same in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

SHERRY NICOLE HARRIS
1309 TAMARRON PARKWAY SE
ATLANTA, GA 30339

SLIPAKOFF & SLOMKA, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA  30339

NAVIENT PC TRUST
ATTN: DEBBIE FRANCIS
C/O NAVIENT SOLUTIONS, INC
PO BOX 9640
WILKES-BARRE, PA  18773

NAVIENT PC TRUST
ATTN: DEBBIE FRANCIS
NAVIENT SOLUTIONS, INC
P.O. BOX 9000
WILKES-BARRE, PA  18773-9000

Dated: September 18, 2018                        Respectfully submitted,

                                                _/s/_____
                                                Mary Ida Townson, Attorney
                                                Standing Chapter 13 Trustee
                                                GA Bar No. 715063
                                                191 Peachtree Street, Suite 2200
                                                Atlanta, GA  30303
                                                (404) 525-1110
                                                maryidat@atlch13tt.com